# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:06-CR-76-RWS-AJB |
| WILLIE JEROME PARKS, | : |
| | : |
| Defendant. | : |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Alan J. Baverman [Doc. No. 227]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 227] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's construed § 2255 motion [Doc. No. 223] is DISMISSED for lack of jurisdiction, and a Certificate of Appealability is DENIED. Defendant's Rule 60(b) Motion [Doc. No. 223] is DENIED. The Clerk is DIRECTED to close the Civil Action.

**SO ORDERED** this 27th day of July, 2018.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)